UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA

-vs-   Case No. 5:04-cr-37-Oc-10GRJ

WESTLY B. CANI
_____/

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 79) recommending that the Defendant's Motion to Suppress Evidence (Doc. 56) be denied. There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, it is ordered that:

(1) the report and recommendation of the Magistrate Judge (Doc. 79) is adopted, confirmed and made a part hereof; and

(2) the Defendant's Motion to Suppress Evidence (Doc. 56) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 31st day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   The Honorable Gary R. Jones
             Counsel of Record
             Defendant